DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
PARAMOUNT PICTURES
CORPORATION, a Delaware
corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN U. SCHWARTZ, TRUSTEE OF THE TRUST UNDER ARTICLE THREE OF THE LAST WILL AND TESTAMENT OF TRUMAN CAPOTE DATED MAY 4, 1981,<br><br>Plaintiff,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-11470-SB-JPR<br><br>Assigned to Hon. Stanley Blumenfeld, Jr.<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>**Current Status Conference Date:** August 13, 2021<br><br>**Requested Status Conference Date:** October 15, 2021 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

21068921.2
202830-10072

JOINT STATUS REPORT AND REQUEST TO
CONTINUE STATUS CONFERENCE

Plaintiff Alan U. Schwartz, Trustee of the Trust Under Article Three of the Last Will and Testament of Truman Capote Dated May 4, 1981 and Defendant Paramount Pictures Corporation (collectively, the "Parties"), by and through their respective counsel, submit this Joint Status Report pursuant to the Court's April 12, 2021 Order Granting Stipulation to Stay Action Pending the Conclusion of Mediation (Dkt. 34).

The Parties participated in a mediation on July 28, 2021, and have agreed to continue those settlement discussions with the assistance, as necessary, of the mediator. In order to facilitate those discussions, the Parties respectfully request that the Status Conference currently scheduled for August 13, 2021 be continued to October 15, 2021, and that the stay currently in place be extended until that date.

Respectfully submitted,

Dated: August 6, 2021

McPHERSON LLP
EDWIN F. McPHERSON
PIERRE B. PINE

By: */s/ Edwin F. McPherson*
Edwin F. McPherson
Pierre B. Pine
Attorneys for Plaintiff

Dated: August 6, 2021

LOEB & LOEB LLP
DAVID GROSSMAN

By: */s/ David Grossman*
David Grossman
Attorneys for Defendant
PARAMOUNT PICTURES
CORPORATION, a Delaware corporation

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

21068921.2
202830-10072

2

JOINT STATUS REPORT AND REQUEST TO
CONTINUE STATUS CONFERENCE

## SIGNATURE ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all of the signatories listed above, and on whose behalf this Joint Status Report and Request to Continue Status Conference is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 6, 2021

LOEB & LOEB LLP
DAVID GROSSMAN

By:   */s/ David Grossman*
David Grossman
Attorneys for Defendant
PARAMOUNT PICTURES
CORPORATION, a Delaware
corporation

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

21068921.2
202830-10072

3

JOINT STATUS REPORT AND REQUEST
TO CONTINUE STATUS CONFERENCE